**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| MERSCORP INC., ET AL., REAL | § | MDL Docket No. 1810 |
| ESTATE SETTLEMENT PROCEDURES | § | |
| ACT (RESPA) LITIGATION | § | ALL CASES |
| | § | |
| | § | |

**<u>ORDER NO. 7</u>**

On this day came on to be considered the joint motion of Plaintiffs and Defendants for a continuance of the hearing in MDL-1810 scheduled for Friday, May 18, 2007, at 9:00 a.m. (MDL-1810, D.E. 133).  The parties' joint motion for a continuance is hereby GRANTED, and the above-referenced hearing in MDL-1810 is hereby rescheduled to Friday, June 22, 2007, at 9:00 a.m.

At the June 22, 2007 hearing, the Court will consider the items submitted on the agendas filed by the parties on Friday, May 4, 2007.  If the parties wish to submit additional agenda items to be considered at the June 22, 2007 hearing, the parties should file supplemental agendas by Friday, June 8, 2007, at 3:00 p.m.

SIGNED and ENTERED on this the 8th day of May, 2007.

_____
Janis Graham Jack
United States District Judge